UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Coach, Inc.,                          Case No. 1:11cv478
    Plaintiff,

  vs.

Tara McDonald, *et al.*,
    Defendants.                **ORDER APPOINTING<br>PRO BONO COUNSEL IN<br>MEDIATION  PROCEEDING**

      On February 13, 2012, pro se plaintiffs Tara McDonald and Ray McDonald signed an "Agreement to Limited Appointment of Attorney for Mediation Assistance."  The court will now appoint Attorney J. Michael Hurst of Keating, Muething & Klekamp to represent the defendants in the above-captioned action solely for the limited purpose of assisting the defendants with mediation.  Attorney Hurst is not obligated to conduct any discovery, to prepare or respond to any motions or to participate in the trial of this case.  Upon the conclusion of the mediation, his representation of defendants will end.  Accordingly,

      **NOW, THEREFORE, IT IS ORDERED** that Attorney J. Michael Hurst, Keating, Muething & Klekamp, One East 4th St., Suite 1400, Cincinnati, Ohio 45202 (513-562-1401) be and hereby is **appointed**  to pro bono representation of pro se defendants Tara McDonald and Ray McDonald for mediation purposes only in this action.

      Counsel are directed to contact the undersigned when the parties are prepared to go forward with the mediation and a date will be scheduled with the Court.

      **IT IS FURTHER ORDERED** that the parties shall mediate their dispute in good faith.

**IT IS ALSO ORDERED** that the parties shall not file or reveal to this court or its staff any discussions or facts disclosed during mediation without the prior consent of the adverse party.

At the conclusion of the mediation, the undersigned will advise the trial judge whether mediation has been successful and will not otherwise reveal any information concerning the action.

**IT IS SO ORDERED.**

*/s/ Stephanie K. Bowman*
United States Magistrate Judge
