UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Coach, Inc.,                                        Case No. 1:11cv478
    Plaintiff,                               Litkovitz, J.

vs.

Island Rayz, et al.,
    Defendants.                         **ORDER RELEASING PRO**
                                               **BONO REPRESENTATION**

On February 13, 2012, pro se defendants Tara McDonald and Ray McDonald signed an "Agreement to Limited Appointment of Attorney for Mediation Assistance." The court appointed Attorney J. Michael Hurst, Esquire, of Keating, Muething & Klekamp to represent the defendants in the above-captioned action solely for the limited purpose of assisting the defendants with mediation. Attorney Hurst was not obligated to conduct any discovery, to prepare or respond to any motions or to participate in the trial of this case. The mediation has now concluded.

**NOW, THEREFORE, IT IS ORDERED** that Attorney Hurst be and hereby is **released** from his pro bono representation of pro se defendants Tara McDonald and Ray McDonald in this matter.

**IT IS SO ORDERED.**

                                                     /s/ *Stephanie K. Bowman*
                                                     United States Magistrate Judge