UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

COACH, INC., *et al.*,
    Plaintiffs,

vs.

ISLAND RAYZ, *et al.*,
    Defendants.

Case No. 1:11-cv-478

Litkovitz, M.J.

**ORDER**

This matter is before the Court on plaintiffs' motion to allow its party representative to attend the hearing on plaintiff's damages scheduled for June 12, 2013 at 9:30 a.m. by telephone. (Doc. 41). Plaintiff's request to appear by telephone is **DENIED**. However, plaintiff's representative may appear by video conference. Plaintiff shall contact the chambers for the undersigned by June 5, 2013 to make the necessary arrangements.

**IT IS SO ORDERED.**

Date: 5/15/13

Karen L. Litkovitz
United States Magistrate Judge